

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-13-01034-CV

SHIRLEY LENOIR, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANA LENOIR AND CHRISTOPHER MCKNIGHT, INDIVIDUALLY AND AS NEXT FRIEND OF NAYLA MCKNIGHT, Appellants

V.

LEAH ANNE GONSKI MARINO F/K/A LEAH ANNE GONSKI AND JAOU-CHEN HUANG, M.D., Appellees

Appeal from the 164th District Court of Harris County.   (Tr. Ct. No. 2012-35806A).

This case is a statutory interlocutory appeal from the orders signed by the trial court on June 24, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's order that dismissed claims against Dr. Leah Anne Gonski Marino f/k/a Leah Anne Gonski. Accordingly, the Court **reverses** this portion of the trial court's order and **remands** the case to the trial court for further proceedings on claims asserted against Dr. Leah Anne Gonski Marino f/k/a Leah Anne Gonski.

The Court further holds that there was no reversible error in the remaining portions of the trial court's orders, including the dismissal of claims against Dr. Jaou-Chen Huang. Therefore, the Court **affirms** the remaining portions of the trial court's orders.

The Court **orders** that the appellants, Shirley Lenoir, Individually and as Personal Representative of the Estate of Shana Lenoir and Christopher McKnight, Individually and as Next Friend of Nayla McKnight, jointly and severally, pay one half of the appellate costs. The Court **orders** that the appellee, Leah Anne Gonski Marino f/k/a Leah Anne Gonski pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 2, 2015.

Panel consists of Justices Massengale, Brown, and Huddle. Opinion delivered by Justice Brown.